UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-1837

SAMUEL BLACKBURN,

Plaintiff - Appellant,

versus

JOHN ASHCROFT, Attorney General; HAROLD
WANKEL; STEPHEN H. GREENE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Chief District Judge.  (CA-00-1522-A)

Submitted:  October 31, 2001          Decided:  November 15, 2001

Before WILLIAMS and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Samuel Blackburn, Appellant Pro Se.  Richard Parker, Rachel Celia Ballow, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Samuel Blackburn appeals from the district court's orders granting summary judgment for the Defendants on his employment discrimination complaint and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  Blackburn v. Ashcroft, No. CA-00-1522-A (E.D. Va. Mar. 6, 2001 & filed June 7, 2001; entered June 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED